FILED

2013 DEC -6 PM 4:57

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2013 Grand Jury

| UNITED STATES OF AMERICA, | No. CR 13-00871 |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| v. | [29 U.S.C. § 501(c): Embezzlement and Theft of Labor Union Assets; 18 U.S.C. § 1343: Wire Fraud.] |
| CEDRIC EARL HUGHES, | |
| Defendant. | |

The Grand Jury charges:

<u>INTRODUCTORY ALLEGATIONS</u>

1.   At all times material to this Indictment, United Union Professionals ("UUP") was a labor organization engaged in an industry affecting commerce within the meaning of the Labor Management Reporting and Disclosure Act of 1959 and as defined in Title 29, United States Code, Sections 402(a)-(c), (i), and (j).

2.   From at least in or about March 2009 until on or about June 22, 2010, defendant CEDRIC EARL HUGHES ("HUGHES") was an officer and the Treasurer of UUP.

3.   From at least in or about July 2009 until in or about November 2010, defendant HUGHES was a signatory on Chase Bank



checking account number XXX-XXXX877-9 (the "UUP Chase Account") and had possession of a debit card which could be used to withdraw funds from the UUP Chase Account. During the time that defendant HUGHES was the Treasurer of UUP, defendant HUGHES's responsibilities included, among others, to make withdrawals from the UUP Chase Account if those withdrawals were authorized by the UUP Board.

4. These introductory allegations are hereby incorporated by reference into each count of this Indictment as though fully set forth therein.

## COUNT ONE

[29 U.S.C. § 501(c)]

On or about May 26, 2010, in Los Angeles County, within the Central District of California, and elsewhere, defendant CEDRIC EARL HUGHES, while an officer of United Union Professionals ("UUP"), knowingly and with intent to defraud, embezzled, stole, and unlawfully and willfully abstracted and converted to his own use and the use of others, the moneys, funds, securities, property and other assets of UUP by depositing into his own personal bank account without authorization from the UUP Board Check Number 1570, dated May 26, 2010, from the UUP Chase Account, in the approximate amount of $500.00.

COUNT TWO THROUGH SIX

[18 U.S.C. § 1343]

Beginning on or about May 26, 2010, and continuing through on or about November 8, 2010, in Los Angeles County, within the Central District of California, and elsewhere, defendant CEDRIC EARL HUGHES ("HUGHES"), knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud United Union Professionals ("UUP") as to material matters, and to obtain money and property from UUP by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

A. <u>SCHEME TO DEFRAUD</u>

The fraudulent scheme operated, in substance, in the following manner:

1. Defendant HUGHES made withdrawals from the UUP Chase Account that were not authorized by the UUP Board, and which were for his own personal use, by writing checks to himself which were drawn on the UUP Chase Account, by making debit card purchases using the debit card linked to the UUP Chase Account, and by making cash withdrawals from the UUP Chase Account.

2. In order to conceal the withdrawals from officers at UUP and to continue making withdrawals undetected, defendant HUGHES knowingly and falsely told UUP officers that the checkbook and other financial records for the UUP Chase Account had gone missing when defendant HUGHES's truck was stolen.

3. In order to continue making withdrawals undetected, defendant HUGHES failed to return the debit card for the UUP Chase Account after he was asked to do so by UUP officers.

4. In order to conceal the purpose of the checks that he wrote to himself from the UUP Chase Account, defendant HUGHES knowingly made false and misleading statements on the memo lines of the checks.

5. As a result of the above-described fraudulent scheme, defendant HUGHES caused approximately $15,193.75 in losses from the UUP Chase Account.

B. USE OF THE WIRES

On or about the dates set forth below, in Los Angeles County, in the Central District of California, and elsewhere, defendant HUGHES, for the purpose of executing and attempting to execute the above-described scheme to defraud, transmitted and caused the transmission of the following items by means of wire and radio communication in interstate and foreign commerce:

| Count | Date | Wire Transmission |
|---|---|---|
| TWO | 05/26/2010 | Electronic request sent via interstate wire, requesting the transfer of $500.00 for payment of Check #1570 from the UUP Chase Account. |
| THREE | 07/02/2010 | Electronic request sent via interstate wire, requesting the transfer of $1,013.49 for payment of Check #1577 from the UUP Chase Account. |
| FOUR | 07/12/2010 | Electronic request sent via interstate wire, requesting the transfer of $1,500.00 for payment of Check #1580 from the UUP Chase Account. |
| FIVE | 08/13/2010 | Electronic request sent via interstate wire, requesting the transfer of $1,500.00 for payment of Check #1596 from the UUP Chase Account. |

| Count | Date | Wire Transmission |
|---|---|---|
| SIX | 10/18/2010 | Internet debit card purchase of airline tickets from Orbitz.com, in the amount of $573.19, using the UUP Chase Account, made via interstate wire communication. |

A TRUE BILL

/S/
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section

MARGARET L. CARTER
Assistant United States Attorney
Public Corruption and Civil Rights Section

6